GARY M. RESTAINO
United States Attorney
District of Arizona
STUART J. ZANDER
Assistant U.S. Attorney
California State Bar No. 276724
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Stuart.Zander@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 3 0 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Yan Carlos Varela-Mendoza,<br>a.k.a.: Yan Carlos Barala-Mendoza,<br><br>Defendant. | NO.  CR-22-01111-PHX-MTL<br><br>**INDICTMENT**<br><br>VIO: 8 U.S.C. § 1326(a)<br>(Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about July 5, 2022, at or near San Luis, in the District of Arizona, the defendant, YAN CARLOS VARELA-MENDOZA, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near Phoenix, Arizona, on or about February 5, 2020, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

//

//

//

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: August 30, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
STUART J. ZANDER
Assistant U.S. Attorney